UNITED STATES of America, Plaintiff-Appellee,

v.

Rashundria J. BURKES, a/k/a Roe, Defendant-Appellant.

No. 17-6399

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2017

Decided: July 25, 2017

Rashundria J. Burkes, Appellant Pro Se. Robert Frank Daley, Jr., Jimmie Ewing, Stanley D. Ragsdale, Assistant United States Attorneys, Columbia, South Carolina; Carrie Fisher Sherard, Assistant United States Attorney, Andrew Burke Moorman, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina; Mark C. Moore, NEXSEN PRUET, LLC, Columbia, South Carolina, for Appellee.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rashundria J. Burkes appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Burkes*, No. 6:10-cr-00296-HMH-11 (D.S.C. Mar. 7, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*